COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:     01-19-00629-CV

Trial Court Cause
Number:     2018-87546

Style:     Elmer Rivera, Kassandra Morales Rodriguez and Isreal Morales

    v. City of Houston

Date motion filed*:     September 14, 2020

Type of motion:     Unopposed Motion to Reset Oral Argument

Party filing motion:     Appellants

Is appeal accelerated? ☐ YES    ☒ NO

       Ordered that the unopposed motion is GRANTED. Oral argument is rescheduled to **Wednesday, November 4, 2020 at 1:30 pm**. All remaining information in the notice of submission dated September 10, 2020, remains the same.

Judge's signature: /s/ Sarah Beth Landau
            ☒ Acting individually     ☐ Acting for the Court

Panel consists of   Justices Keyes, Lloyd, and Landau

Date: September 17, 2020